IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**MARY FRANCES SMITH AND WILLIE SMITH**            **PLAINTIFFS**

**VS.**            **CAUSE NO.: 3:4CV887-TSL-AGN**

**WAL-MART STORES, INC., and**
**JOHN DOE A, B C, D and E**            **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiffs, Mary Frances Smith and Willie Smith, through their attorney, for entry of an Order of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for the Defendants, Wal-Mart Stores, Inc. and Wal-Mart Stores East LP, joined in with this motion, the Court finds that the relief requested is well founded and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this, the   2nd    day of   February   , 2006.

                                                     /s/ Tom S. Lee
                                                     DISTRICT COURT JUDGE

APPROVED AS TO FORM:
     s/John Hunter Stevens
Attorney for Plaintiff


     s/Edley H. Jones, III
Attorney for Defendants